■ GEORGE O. BURT, as Receiver for Central Standard Insurance Company, Respondent, v. UNITED DYE & CHEMICAL CORPORATION, Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted, with leave to the plaintiff to replead. (See decision in *Burt* v. *Hopps, ante,* p. 962.) Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ MOSLER HOLDING CORP., Appellant, v. WILLIAM D. BELL et al., as Executors and Trustees under the Will of DENNISTOUN M. BELL, Deceased, Respondents.— Order denying plaintiff's motion to strike the affirmative defenses unanimously modified to the extent of striking the first, second, third and fifth defenses. The fifth defense is insufficient and the first and second may be proven under the general denial. The allegation of the third defense that plaintiff accepted a deed with full knowledge of all matters alleged in the complaint may also be proven under the general denial. The alleged request not to discuss the electrical equipment in the presence of representatives of the bank may be admissible in evidence but we are not prepared to say what legal significance such proof would have or that it would have the significance assigned to it in the third defense. As so modified the order is affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Order granting defendants' motion for an order directing plaintiff to serve a verified reply to the affirmative defenses contained in the answer, unanimously reversed and the motion denied. No useful purpose will be served by directing a reply. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ ÆTNA CASUALTY & SURETY COMPANY, Appellant, v. HORTICULTURAL SERVICE, INC., et al., Defendants, and NEW YORK CITY HOUSING AUTHORITY et al., Respondents.— Judgments unanimously reversed, with costs, and judgments are directed to be entered in favor of the plaintiff on the authority of *United States Fidelity & Guar. Co.* v. *Triborough Bridge Auth.* (297 N. Y. 31), except for the sum of $331.30 to which defendant United States of America is entitled by virtue of the filing of its assessment in that amount prior to the posting of the February 6, 1950 bond. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [1 Misc 2d 956.]

■ ROBERT L. BRADFORD, Appellant, v. WORTHINGTON CORPORATION et al., Defendants, and RICHARD W. LAWRENCE, JR., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ CECILE GONZALEZ et al., Respondents, v. NEW YORK CITY OMNIBUS CORP., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ JOHN REMAUD, Appellant, v. PETER HOGUET, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ HARRY GEHN, Respondent, v. MARTIN HOWARD, as Executor of ELLEN HOWARD, Deceased, Defendant, and JOHN J. HOWARD, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ GUDMUNDER KRISTJANSSON, Appellant, v. MARY B. KRISTJANSSON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.